# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| PATRICK ADGER, ID # 2048709,<br>    Petitioner,<br>vs.<br><br>LORIE DAVIS, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions Division,<br>    Respondent. | )<br>)<br>)   No. 3:19-CV-1772-M (BH)<br>)<br>)<br>)<br>)<br>)   Referred to U.S. Magistrate Judge[1] |

## ORDER

Before the Court is the *Petition for A Writ of Habeas Corpus by a Person in State Custody*, received August 13, 2019 (doc. 6). On July 26, 2019, it was recommended that the petitioner's prior *Motion for Extension of Time In Pursant [sic], 2254(A) Hebaus [sic] Corpus Writ*, received July 25, 2019 (doc. 3), be dismissed for lack of subject matter jurisdiction, unless he either filed a motion to proceed *in forma pauperis* or pays the $5 filing fee *and* submitted a habeas petition on the appropriate form within the fourteen-day period for objecting to the recommendation, or by some other deadline set by the Court. Because the petitioner has now filed a petition, and the July 26, 2019 findings, conclusions, and recommendation have not yet been accepted, they are hereby **VACATED**.

    SIGNED this 14th day of August, 2019.

                                                         IRMA CARRILLO RAMIREZ
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order No. 3-251*, this habeas case was automatically referred for full case management, including determination of non-dispositive motion and issuance of findings of fact and recommendations on dispositive motions.